# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

Terry Marioth, Jr.,

      Plaintiff,

v.

Jon Palumbo,

      Defendant.

Case No. 2:23-cv-3710

Judge Michael H. Watson

Magistrate Judge Jolson

## ORDER

On January 16, 2024, Magistrate Judge Jolson issued a Report and Recommendation ("R&R") recommending that the Court dismiss the case for want of prosecution under Federal Rule of Civil Procedure 41(b). R&R, ECF No. 4. The R&R notified the parties of their right to object to the recommendations therein and that failure to timely object would amount to a forfeiture of the right to have the R&R reviewed. *Id.* at 2–3.

The deadline for filing such objections has passed, and no objections were filed. Having received no objections, the R&R is **ADOPTED.** The case is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute under Federal Rule of Civil Procedure 41(b).

The Clerk shall close the case.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT